NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7140

RONALD E. KUNKEL,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 08-0026, Judge Robert N. Davis.

ON MOTION

Before SCHALL, Circuit Judge.

## O R D E R

Ronald E. Kunkel moves without opposition to stay the briefing schedule in this appeal pending the court's disposition of Gaston v. Shinseki, 2009-7104.

Kunkel asserts that this case and Gaston involve the issue whether 38 C.F.R. § 3.340(a) provides a separate basis for an award of total disability based on individual unemployment.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion to stay is granted.  Kunkel is directed to inform the court within 14 days of the disposition of Gaston concerning how he believes the above-captioned

appeal should proceed. The Secretary of Veterans Affairs may also respond within that time.

(2)    A copy of this order shall be transmitted to the merits panel assigned to hear <u>Gaston</u>, to inform that panel of this related appeal.

FOR THE COURT

DEC 0 4 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:    Kenneth M. Carpenter, Esq.
       Meredyth Cohen Havasy, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 4 2009

JAN HORBALY
CLERK

2009-7140                                          2